

# THE THIRTEENTH COURT OF APPEALS

13-16-00416-CV

Hector L. Rodriguez
v.
Tamara Rodriguez

On appeal from the
County Court at Law No. 8 of Hidalgo County, Texas
Trial Cause No. F-0886-13-8

## JUDGMENT

The judgment issued by this Court on October 4, 2016, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed as moot. The Court orders the appeal DISMISSED AS MOOT in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 27, 2017